CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

NOV 29 2019

JULIA C. DUDLEY, CLERK
BY: /s/ Taylor
DEPUTY CLERK

| For Clerk's Office Use | |
|---|---|
| Judge | Rec'd |

IN THE UNITED STATES DISTRICT
COURT FOR THE WESTERN DISTICT
OF VIRGINIA

For use by inmates filing a complaint under **CIVIL RIGHTS ACT, 42 U.S.C. §1983**

Carl Odell Varner                                   1111480
Plaintiff full name                                 Inmate No.

v.                                                  CIVIL ACTION NO. 7:19-cv-00800

V.D.O.C., Green Rock Correctional Center
Defendant(s) full name(s)

and ~~Dillwyn~~

*******************************************************************************

A. Current facility and address: Green Rock Correctional Center
475 P Green Rock Lane, Chatham, Va. 24531

B. Where did this action take place? Green Rock Correctional Center

C. Have you begun an action in state or federal court dealing with the same facts involved in this complaint?

_____ Yes      ✓ No

If your answer to A is Yes, answer the following:

1. Court: _____

2. Case Number: _____

D. Have you filed any grievances regarding the facts of this complaint?

✓ Yes      _____ No

1. If your answer is Yes, indicate the result:

Ms. Massenburg stated it was a request evean after I sent ~~to~~ her a request that said it was an out and out complaint

2. If your answer is No, indicate why:

E. Statement of Claim(s): State briefly the facts in this complaint. Describe what action(s) each defendant took in violation of your federal rights and include the relevant dates and places. **Do not give any legal arguments or cite any cases or statutes**. If necessary, you may attach additional page(s). Please write legibly.

Claim #1 – Supporting Facts – Briefly tell your story without citing cases or law:

I have submited a statement enclosed whith in this cout document submited to the court

Claim #2 – Supporting Facts – Briefly tell your story without citing cases or law:

in closed whith law suit also

F. State what relief you seek from the Court. Make no legal arguments and cite no cases or statutes.

150,000

G. If this case goes to trial do you request a trial by jury? Yes ✓ No ___

H. If I am released or transferred, I understand it is my responsibility to immediately notify the court <u>in writing</u> of any change of address after I have been released or transferred or my case may be dismissed.

DATED: 11-21-19    SIGNATURE: Carl O. Varner Jr.

VERIFICATION:
I, Carl Odell Varner Jr., state that I am the plaintiff in this action and I know the content of the above complaint; that it is true of my own knowledge, except as to those matters that are stated to be based on information and belief, and as to those matters, I believe them to be true. I further state that I believe the factual assertions are sufficient to support a claim of violation of constitutional rights. Further, I verify that I am aware of the provisions set forth in 28 U.S.C. §1915 that prohibit an inmate from filing a civil action or appeal, if the prisoner has, on three or more occasions, while incarcerated brought an action or appeal in federal court that is dismissed on the grounds that it was frivolous, malicious, or failed to state a claim upon which relief may be granted, unless the prisoner is imminent danger of serious physical injury. I understand that if this complaint is dismissed on any of the above grounds, I may be prohibited from filing any future actions without the pre-payment of the filing fees. I declare under penalty of perjury the foregoing to be true and correct.

DATED: 11-21-19    SIGNATURE: Carl O. Varner Jr.

# Clerk

I have went through all the proper chanels to try and resolve this issue of Deliberat Indifferance civil suit ~~which~~ which violats my rights. I filed Informal Complaint that did no good ~~then~~ I ~~filed~~ Grievance, which the response was, this is a request which reads this is a complaint ~~I filed~~ because I was ~~turd~~ turned down for single cell status evean when ~~when~~ I showed Dr. Wang VDOC paper work that states I am a known sexual Victom and a high risk sexual Victom. also I am handy caped and can not step up into the shower and have to bath myself in my cell. And I am also a pairanoid Skitzapheenic whith anxity complex who has had 6 Cellys in the past 6 months ~~total~~ time I have been here and the last two cellys I have had the arguments almost came to blows becaused I would watch them all

Clerk
②

When I recieved the Grievance back there were not a leval 1 apeal from Wardon or a leval II apeal that I send to Regial Director for apeal in ordrer so that I can try to resolve this issue! There for I file this law suit on the ground of Deliberate Indifferance

#1111480

Sincerely

Carl O. Varner Jr.

(1)

# Clerk

On or about 10-31-19 Dr. Wang turned me down for single cell status even after I showed him D.O.C. dockument that states I am a known sexual victom and a high risk sexual victom. I am also handy caped can't step up into the shower and must bath in the cell. I also suffer from Paranoid skitzophrinia whith anxiety complex who has had 6 cellys in the last 6 ~~moun~~ months since I have arived 3-27-19. The reason being I watch every move they make because I do not trust them for fear of both being sexual assulted and battery because of my mental instability. I take high doses of medications that help

②

tal Illness, This denial of a single cell results in to Deliberate Indifferance on his part

Carl O. Varner Jr # 1111480

*Carl O Varner Jr* (signature)

(1)

I have writen the ADA Coordinator, The Warden The Reginal Operations Chief (Henery Ponton) and the health Servis staff. I cited two V.D.O.C. operating procedures related to your request for single cell and services for the disabled Op801.3

3. In cases where an offender read, speek, or is disdyslexic, the facility should contact the D.O.C. ADA for further review.

4. The facility should provied education, equipment and facilities, and the support necess for offenders whith disalitys to peform self care and personal ~~hygie~~ hygiene in a reasonable private ~~the~~ environment. ~~(4I 4)~~(4-4144), 4-ACRS-6A-04-2

5. Durable medical equipment in ~~aferet~~ appropriate working order, supplies, disabilities aids, and prostheses are ordered maintained, provided, and available for offenders to use as medically necessary.

a. ~~Facilitys~~ Facilities housing offenders whith disabilities should make provisions to ~~meet~~ meet the educational and vocational

2

because of physical, mental, emotional, or learning ~~dis f~~ disabilities. (4-4475)

O.P.80L.1

8. Single-occupancy cell/rooms, measuring a total of 80 square ~~feet of which with~~ which 35 square ~~feet~~ is unencumbered space shall be available, when indicated, for the following: (4-4133)

A Offenders whith severe medical disabilities
B Ofenders suffering from serious mental illness.
C sexual Predators.
D Offenders likely to be exploited or victimized by others
E Offenders who have other special needs

(Deliberate Indifferance): is an intent or state of mind requirment. Therefore, befor you decide to file any claims in court, you must understand this requirement. ~~No matter you have~~ No matter how badly you have been hurt ~~of~~ or fear getting hurt in the future, your claims will fail unless the officails you sue had advance notice of the dangers

Carl O. Varner Jr. # 1111480
Green Rock Correctional Center
475 Green Rock Lane
Chatham, Va 24531

Clerk
United States Di
210 Frank lii
Roanoke, Va.



strict Court
n Road SW, Suite 540
24011-2208